**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTONIO C.W. CAVITT, | ) | No. CV 03-9171 RSWL (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GAIL LEWIS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: May 21, 2010

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge